

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2018

No. 04-18-00223-CV

Brittany **RETLEDGE** and Arnold LaMotte,
Appellants

v.

**STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS** and Austin
Riley,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-14536
Honorable Solomon Casseb, III, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, appellees' motion to dismiss this appeal
is GRANTED. This appeal is DISMISSED for lack of jurisdiction. The costs of this appeal are
taxed against the appellants.

It is so **ORDERED** on August 22, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 22nd day of August, 2018.

_____
Keith E. Hottle, Clerk of Court